UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60723-RAR

**COREY J. ZINMAN,**

    Plaintiff,

v.

**NOVA SOUTHEASTERN UNIVERSITY,** *et al.*,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 81] ("Report"), entered on August 30, 2021. The Report recommends that the Court (1) deny Plaintiff's Motion for Sanctions [ECF No. 42]; (2) grant Defendants' Broward County, Bertha Henry, and Miami-Dade County's First Motion to Dismiss [ECF No. 43]; (3) grant Defendants' Nova Southeastern University, Inc. and South Florida Stadium LLC's Second Motion to Dismiss [ECF No. 44]; and (4) deny Plaintiff's Motion to Strike [ECF No. 53]. Report at 1. Plaintiff filed objections to the Report on September 14, 2021 [ECF No. 85] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Strauss's legal and factual findings. Having carefully reviewed the Second Amended Complaint [ECF No. 38], Plaintiff's Motion for Sanctions [ECF No. 42], Defendants' First Motion to Dismiss [ECF No. 43], Defendants' Second Motion to Dismiss [ECF No. 44], Plaintiff's Motion to Strike [ECF

No. 53], Plaintiff's Amended Responses in Opposition to Defendants' First and Second Motions to Dismiss [ECF Nos. 58; 59], Defendants' Replies to Plaintiff's Responses [ECF Nos. 62; 64], the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 81] is **AFFIRMED AND ADOPTED**.
2. Defendant's First Motion to Dismiss [ECF No. 43] is **GRANTED**.
3. Defendant's Second Motion to Dismiss [ECF No. 44] is **GRANTED**.
4. Plaintiff's Motion for Sanctions [ECF No. 42] is **DENIED**.
5. Plaintiff's Motion to Strike is **DENIED as moot**.
6. Plaintiff's requests for injunctive and declaratory relief are **DISMISSED** *without prejudice* (based upon mootness).
7. Plaintiff's Count IV is **DISMISSED** *without prejudice* (on mootness and standing grounds).
8. The remainder of Plaintiff's claims for damages are **DISMISSED** on the merits.
9. The Clerk is directed to **CLOSE** this case.
10. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 15th day of September, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**